# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8215.01

WRITER'S DIRECT DIAL:
212-277-5825
drankin@blhny.com

October 3, 2023

The Honorable Anne M. Nardacci
U.S. District Court Judge
Northern District of New York
445 Broadway
Albany, New York 12207

**Re:** *Cooper v. Clancy* **et al. 19-CV-362 (AMN)(ML)**

You Honor:

My office represents Plaintiff Tracy Cooper in the above-referenced matter. Plaintiff respectfully renews the request that the court issue a Writ of Habeas Corpus Ad Testificandum to produce the incarcerated inmate witness, Gabriel Perez, DIN 14A1689, he is currently housed at the New York State Collins Correctional Facility. We write pursuant to Your Honor's Trial Order of July 21, 2023. This request was originally made on September 15, 2023. We write to provide Your Honor the approved form of the writ.

Mr. Perez was deposed in this matter on October 20, 2021. He testified he saw Mr. Cooper being escorted back to the dorm and the officers calling Mr. Cooper names. Mr. Perez also heard the beating, batons hitting the floor, and witnessed Mr. Cooper being dragged down the steps of B-Block. Mr. Perez was on the phone or near the phones when he witnessed the forgoing.

An updated Writ is attached as Exhibit 1. Bethaney Galusha of the U.S. Marshal's service has approved the form of this writ.

Respectfully submitted,

David B. Rankin